| AUSA: | Frank Dame | Telephone: (313) 226-9100 |
|---|---|---|
| Task Force Officer: | Theodore Copley | Telephone: (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.

Philip Valente

Case No.

Case: 2:26−mj−30268
Assigned To : Unassigned
Assign. Date : 5/12/2026
Description: CMP USA V. VALENTE (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 11, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously damage/destroy commercial property using fire/explosive |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Theodore Copley, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _May 12, 2026_____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Theodore L. Copley, being duly sworn, depose and state the following:

## I.   INTRODUCTION

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been since March of 2023. As a Task Force Officer with ATF, I am authorized to investigate violations of the laws of the United States, and I have been involved with numerous criminal investigations involving violations of federal law. I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. I am also a Certified Fire Investigator/Lieutenant with the Detroit Fire Department (DFD), where I have been assigned to the Fire Investigation Unit/Detroit Arson Task Force since 2015.

2. As an ATF Task Force Officer, I have completed the Task Force Officer Training Program, where I received training in the investigation of federal crimes involving firearms, narcotics, arson, and explosives. I am currently assigned to the ATF Detroit Field Division – Group III and am primarily responsible for the investigation of arson and violent crime. I currently hold the designations of Certified Fire Investigator (CFI) and Certified Evidence Collection Technician (ECT) through the International Association of Arson Investigators (IAAI), and

Certified Fire and Explosion Investigator (CFEI) through the National Association of Fire Investigators (NAFI). Additionally, I am a Michigan Commission on Law Enforcement Standards (MCOLS) Certified Police Officer with the City of Detroit. I have attended many trainings pertaining to fire investigation as well as other criminal investigation tactics, and I have participated in numerous arrest and seizure warrants involving a variety of offenses, including violations pertaining to homicide, arsons, and many other crimes. I have personally reviewed reports and documentation, observed scene photographs, and have had conversations with employees at the ATF and other law enforcement agencies in regard to the offenses referred to below. I am familiar with the facts and circumstances of this investigation.

3. The ATF and the Detroit Arson Task Force is currently conducting a criminal investigation involving Federal arson violations committed by PHILIP VALENTE, DOB XX/XX/1965; specifically, maliciously damaging, by means of fire, a building used in interstate commerce in violation of Title 18, United States Code, Section 844(i). This affidavit is intended to show probable cause that the defendant maliciously damaged, by means of fire, a building used in interstate commerce.

2

4.     During this investigation, I reviewed data from the National Crime Information Center (NCIC) for PHILIP VALENTE, which showed he has the following prior conviction:

    a. 01/21/2026 – Preparation to Burn Property – 32B Municipal Court, Grosse Pointe Woods, Michigan, Case No: 2025712297

## II.   PROBABLE CAUSE

5.     On May 11, 2026, at approximately 7:44 a.m., the Detroit Police and Fire Departments responded to an active fire on West Vernor Hwy at a 28,000 Square foot commercial grocery store (VICTIM BUSINESS) located in the City of Detroit. Upon arrival, DFD fire personnel extinguished the fire. Approximately 40-50 people were reported to have been working inside the building when the fire started.  Upon the arrival of fire personnel, all occupants, employees, and customers were immediately evacuated from the VICTIM BUSINESS safely without injury.

6.     I reviewed video footage from the area, which showed that at approximately 7:34 a.m., an older male wearing a gold-colored hooded sweatshirt approached the rows of shopping carts stored against the exterior of the front of the VICTIM BUSINESS under an overhang. The suspect appeared to place something small on top of the tarp covering the carts. He then moved closer to the front door, where he appeared to pick something up from the ground. He then stood with his

hands hovering over the carts for a short period of time. The suspect immediately placed his hands behind his back while looking at the area where his hands had just been hovering over the carts. Moments later, he walked away, still with his hands behind his back.



*Suspect with his hands hovering over the rows of grocery carts.*

7.      After he turned the corner, he appeared to be holding something in his left hand. The suspect was identified as having gray/white hair and a beard, wearing a gold-colored hooded sweatshirt with a dark-colored graphic on the back, dark-colored pants, and dark-colored shoes:





*Images of suspect appearing to be holding something in his hands.*

8.      Further review of the video footage revealed the progression of the fire. Seconds after the suspect walked away from the grocery carts, a small fire was visible on top of the tarp in the same spot where the suspect hovered his hands. One minute and thirty seconds later, flaming material begins dripping to the

5

ground. Then, a small fire appears on the ground, beneath this area. By approximately 7:47 a.m., a large pool fire is visible and rapidly extends to the exterior façade of the building beneath the store's overhang.



9.     On the same date, members of the ATF and Detroit Arson Task Force conducted a fire scene examination at the VICTIM BUSINESS, and the fire was

6

classified as incendiary. The fire damage resulted in heavy thermal damage to the grocery carts and to the surrounding structure beneath the overhang, including the walls, windows, and overhang's ceiling and roof. The thermal damage extended up and into the main structure's roofing material, resulting in damage to the roof and fascia boards. Additionally, smoke extended into the interior, resulting in smoke damage to the interior ceiling and a significant loss of VICTIM BUSINESS's retail products. As a result of the fire damage, the VICTIM BUSINESS, a staple grocery store in the community engaged in interstate commerce, was forced to close.

10. Information about the suspect's appearance, clothing, and whereabouts was sent to local police officers. A security officer at a nearby business, 300 feet from the VICTIM BUSINESS, flagged down officers and reported they believed the suspect was at their location and stole a drink after setting the fire. The suspect entered the store, stole a drink, and walked out at approximately 8:06 a.m. The suspect then returned to the store and got into a verbal argument with security there. As the security officer escorted the suspect out of the store, the suspect reportedly pulled a lighter from his pocket but did not make any explicit threats.

11. A review of surveillance video at the store revealed that the suspect who entered the store, stole merchandise, and caused a disturbance, was wearing the same clothing and matched the physical characteristics of the individual who

was suspected of setting a fire at the VICTIM BUSINESS. DPD officers located PHILIP VALENTE a few blocks east of the VICTIM BUSINESS, in the area of Junction Street and West Vernor Hwy. VALENTE was placed under arrest for arson and transported to the Detroit Detention Center. VALENTES had a green lighter in his possession.

12.     A comparison of the suspect captured on VICTIM BUSINESS's video surveillance to video from VALENTE's arrest confirms he is the same suspect who started the fire at VICTIM BUSINESS.



*Images from VALENTE's arrest.*

8



*Images of suspect from VICTIM BUSINESS's video surveillance.*

## III. CONCLUSION

13.     Probable cause exists to believe that on May 11, 2026, in the Eastern District of Michigan, PHILIP VALENTE maliciously damaged, by means of fire, a building used in interstate commerce in violation of Title 18, United States Code, Section 844(i).

Respectfully submitted,

_____
Theodore L. Copley, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sword to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

Dated:        May 12, 2026

9